# United States Court of Appeals for the Fifth Circuit

---

No. 22-30817
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
February 7, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

VICTOR WELTON,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:19-CR-154-1

---

Before JOLLY, HIGGINSON, and DUNCAN, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Victor Welton has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Welton has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Welton's claims

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-30817

of ineffective assistance of counsel or his claims that his guilty plea was coerced; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014); *United States v. Corbett*, 742 F.2d 173, 175-78 & n.11 (5th Cir. 1984).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Welton's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.